UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-M-1164

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
JAMES EARL CARPENTIER )

The Government's motion is hereby granted. The case is dismissed.

8-3-2011
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE